**ATTACHMENT A**



**All Natural Gluten Free Apple Pie**



All Natural Gluten Free Cheddar Biscuits



**INGREDIENTS: BUTTERMILK (CULTURED FAT-FREE MILK, SALT, VITAMIN A PALMITATE, VITAMIN D3), CORNMEAL, EGGS, CANOLA OIL, EVAPORATED CANE JUICE, POTATO STARCH, CORNSTARCH, SALT, BAKING POWDER (SODIUM ACID PYROPHOSPHATE, SODIUM BICARBONATE, CORNSTARCH, MONOCALCIUM PHOSPHATE), XANTHAN GUM, BAKING SODA.**

**CONTAINS DAIRY AND EGG INGREDIENTS.**

All Natural Gluten Free Corn Bread





**INGREDIENTS:** EVAPORATED CANE JUICE, RICE FLOUR, CANOLA OIL, SOY FLOUR, CAGE-FREE EGGS, MOLASSES, TAPIOCA STARCH, BLACKSTRAP MOLASSES, BAKING POWDER (SODIUM ACID PYROPHOSPHATE, SODIUM BICARBONATE, CORN STARCH, MONOCALCIUM PHOSPHATE), GINGER, CINNAMON, XANTHAN GUM.

All Natural Gluten Free Molasses Ginger Cookies



All Natural Gluten Free Chocolate Cupcakes



**All Natural Gluten Free Vanilla Cupcakes**