1 | **SCOTT COLE & ASSOCIATES, APC**
Matthew R. Bainer (SBN 220972)
mbainer@scalaw.com
Molly A. DeSario (SBN 230763)
mdesario@scalaw.com
Courtland W. Creekmore (SBN 182018)
ccreekmore@scalaw.com
1970 Broadway, Ninth Floor
Oakland, CA 94612
Telephone:   (510) 891-9800
Facsimile:    (510) 891-7030

Attorneys for Representative Plaintiffs
and the Plaintiff Classes


**SEYFARTH SHAW LLP**
Jay W. Connolly (SBN 114725)
jconnolly@seyfarth.com
Giovanna A. Ferrari (SBN 229871)
gferrari@seyfarth.com
Joseph J. Orzano (SBN 262040)
jorzano@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant
WHOLE FOODS MARKET GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GARRISON and GRACE GARRISON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET GROUP, INC.,<br><br>Defendant. | Case No. 4:13-CV-05222-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND MOTION TO STRIKE** |

1     Pursuant to Civil Local Rule 7-12, Plaintiffs Mary Garrison and Grace Garrison ("Plaintiffs") and Defendant Whole Foods Market Group, Inc. ("Defendant") (collectively, "the Parties"), by and through their counsel hereby stipulate and agree as follows:

    WHEREAS, Defendant filed its Motion to Dismiss Plaintiffs' First Amended Complaint and Motion to Strike on April 7, 2014 ("Motion");

    WHEREAS, Plaintiffs' current deadline to respond to Defendant's Motion is April 21, 2014 and Plaintiffs desire an additional week to extend a briefing schedule for their response;

    WHEREAS, the Parties have consequently agreed to allow Defendant an additional week to reply to Plaintiffs' response to Defendant's Motion;

    WHEREAS, the Initial Case Management Conference is currently scheduled for May 15, 2014;

    WHEARAS, the Parties have agreed to continue the Initial Case Management Conference to the continued Motion hearing date;

    WHEREAS, the Parties have conferred and Defendant does not oppose Plaintiffs' request;

    IT IS HEREBY STIPULATED that

1. Plaintiffs' deadline to file a response to Defendant's Motion shall be extended an additional seven days to April 28, 2014;

2. Defendant's deadline to file a reply to Plaintiff's response to Defendant's Motion shall be extended an additional seven days to May 12, 2014;

3. The Initial Case Management Conference is continued to the continued Motion hearing date of May 29, 2014 or the next available date thereafter that is convenient for the Court.

4. By entering into this stipulation, Defendants do not waive any defense they may have to this matter, including but not limited to lack of personal jurisdiction.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: APRIL 10, 2014 | **SCOTT COLE & ASSOCIATES, APC** |

By: /s/Courtland W. Creekmore
    Matthew R. Bainer
    Molly A. DeSario
    Courtland W. Creekmore
    Attorneys for Plaintiffs and the Plaintiff Classes

DATED: April 10, 2014    **SEYFARTH SHAW LLP**

By: /s/Joseph J. Orzano
    Jay W. Connolly
    Giovanna A. Ferrari
    Joseph J. Orzano
    Attorneys for Defendant
    WHOLE FOODS MARKET GROUP, INC.

## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 4/10/14        _____
                                  HON. RICHARD SEEBORG
                                  United States District Court Judge