UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GARRISON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WHOLE FOODS MARKET GROUP, INC.,<br><br>　　　　　Defendant. | Case No.  13-cv-05222-VC<br><br>**ORDER** |

Plaintiffs Mary Garrison and Grace Garrison bring this putative class action against Defendant Whole Foods Market Group, Inc. ("Whole Foods"), seeking to represent two classes of people who purchased Whole Foods products: a nationwide class and a class comprising solely California residents. In addition to state law claims, brought on behalf of the California class, Plaintiffs seek to bring several common law claims on behalf of the nationwide class. By no later than **May 26, 2014**, the parties are directed to file simultaneous briefs, not to exceed 5 pages, addressing (1) whether, and on what basis, a class action based on the common law of the fifty states may proceed and (2) at what stage of the litigation this issue should be addressed. In addition to the pending motion to dismiss, the parties should be prepared to discuss this issue at the May 29, 2014 hearing.

**IT IS SO ORDERED.**

Dated: May 19, 2014

_____
VINCE CHHABRIA
United States District Judge