SEYFARTH SHAW LLP
Jay W. Connolly (SBN 114725)
jconnolly@seyfarth.com
Giovanna A. Ferrari (SBN 229871)
gferrari@seyfarth.com
Joseph J. Orzano (SBN 262040)
jorzano@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
WHOLE FOODS MARKET GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GARRISON and GRACE GARRISON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET GROUP, INC.,<br><br>Defendant. | Case No. 4:13-CV-05222-VC<br><br>**STIPULATION TO CONTINUE JULY 8, 2014 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:     July 8, 2014<br>Time:     10:00 a.m.<br>Judge:    Hon. Vince Chhabria<br>Courtroom: 10, 19th Floor |

Pursuant to Local Rule 6-1(b), Plaintiffs MARY GARRISON and GRACE GARRISON, individually, and on behalf of all others similarly situated (collectively "Plaintiffs"), on the one hand, and Defendant WHOLE FOODS MARKET GROUP, INC. ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 29, 2014, the Court scheduled a case management conference for July 11, 2014 (Dkt. 35).

WHEREAS, on June 18, 2014, the Court re-set the case management conference for July 8, 2014 (Dkt. 42).

1. WHEREAS, Defendant's lead counsel will be travelling out of state and unavailable July 8, 2014.

2. WHEREAS, the parties have met and conferred and Plaintiffs do not oppose Defendant's request to continue the case management conference to July 22, 2014 or the next available date convenient for the Court;

IT IS THEREFORE STIPULATED that:

1. The July, 8, 2014 case management conference shall be continued to July 22, 2014 or the next available date convenient for the Court.

IT IS SO STIPULATED.

DATED: June 20, 2014           SEYFARTH SHAW LLP

                               By:  /s/ Joseph J. Orzano
                                    Jay W. Connolly
                                    Giovanna A. Ferrari
                                    Joseph J. Orzano

                               Attorneys for Defendant
                               WHOLE FOODS MARKET GROUP, INC.

DATED: June 20, 2014           SCOTT COLE & ASSOCIATES, APC

                               By:  /s/ Courtland W. Creekmore
                                    Matthew R. Bainer
                                    Molly a. DeSario
                                    Courtland W. Creekmore

                               Attorneys for Plaintiffs
                               MARY GARRISON and GRACE
                               GARRISON, individually and on behalf of all
                               other similarly situated

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. The July 8, 2014 case management conference is continued to July 22, 2014 at 10 a.m.

2. A Joint Case Management Statement shall be filed on or before July 15, 2014.

DATED: June 24, 2014

_____
HON. VINCE CHHABRIA
United States District Court Judge

17492804v.1