SEYFARTH SHAW LLP
Jay W. Connolly (SBN 114725)
jconnolly@seyfarth.com
Giovanna A. Ferrari (SBN 229871)
gferrari@seyfarth.com
Joseph J. Orzano (SBN 262040)
jorzano@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
WHOLE FOODS MARKET GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GARRISON and GRACE GARRISON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET GROUP, INC.,<br><br>Defendant. | Case No. 3:13-CV-05222-VC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LIMITED MODIFICATION TO SCHEDULING ORDER** |

Pursuant to Local Rule 6-1(b), Plaintiffs MARY GARRISON and GRACE GARRISON, individually, and on behalf of all others similarly situated (collectively "Plaintiffs"), on the one hand, and Defendant WHOLE FOODS MARKET GROUP, INC. ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Court entered an initial scheduling order ("Initial Scheduling Order") designating an initial phase of discovery limited to (1) written fact and document discovery targeted to information necessary to prepare for mediation; and (2) the completion of the depositions of Plaintiffs.  (Dkt. #50).

1  WHEREAS, the Initial Scheduling Order required this phase of discovery to be
2  completed on or before December 15, 2014 and further required the Parties to complete a
3  mediation on or before February 2, 2015 before reporting back to the Court for a further case
4  management conference on February 10, 2015.
5  WHEREAS, the Parties attempted to resolve certain disputes regarding written discovery
6  without burdening the Court, but required additional time to attempt to resolve them and
7  thereafter take Plaintiffs' depositions.
8  WHEREAS, on December 17, 2014, pursuant to the Parties' Stipulation, the Court
9  entered a modified scheduling order ("Modified Scheduled Order") extending the deadline to
10  complete the current phase of fact discovery to January 16, 2015 for the limited purposes of
11  allowing the parties to: (a) resolve their dispute as to Plaintiffs' responses to Defendant's written
12  discovery, including but not limited to Plaintiffs' document production; and (2) complete the
13  depositions of Plaintiffs.  (Dkt. 54.)
14  WHEREAS, the Court also ordered that, to the extent the Parties do not move to compel
15  with respect to any written discovery propounded in this initial phase of discovery prior to the
16  mediation, the Parties reserve the right to move to compel with respect to all such written
17  discovery up to and including 7 days after the close of all fact discovery in the action pursuant to
18  Local Rule 37-3.
19  WHEREAS, the Parties have made progress in their attempts to resolve their disputes
20  regarding written discovery without burdening the Court; however, the Parties require additional
21  time to attempt to attempt to resolve them and thereafter take Plaintiffs' depositions.
22  WHEREAS, the additional time the Parties seek will not alter the current deadline to
23  complete mediation as the Parties are currently scheduled to participate in a private mediation on
24  February 2, 2015, within the time contemplated in the Scheduling Order.
25  IT IS THEREFORE STIPULATED that:
26  1.  The deadline to complete the current phase of fact discovery shall be continued
27  from January 16, 2015 to January 30, 2015 for the limited purposes of allowing the parties to:
28

1  (a) resolve their dispute as to Plaintiffs' responses to Defendant's written discovery, including
2  but not limited to Plaintiffs' document production; and (2) complete the depositions of Plaintiffs.
3      2.    To the extent the Parties do not move to compel with respect to any written
4  discovery propounded in this initial phase of discovery prior to the mediation, the Parties reserve
5  the right to move to compel with respect to all such written discovery up to and including 7 days
6  after the close of all fact discovery in the action pursuant to Local Rule 37-3.
7      IT IS SO STIPULATED.

8  DATED: January 16, 2015        SEYFARTH SHAW LLP

10  By: /s/ Joseph J. Orzano
11      Jay W. Connolly
    Giovanna A. Ferrari
12      Joseph J. Orzano

13  Attorneys for Defendant
WHOLE FOODS MARKET GROUP, INC.

14  DATED: January 16, 2015        SCOTT COLE & ASSOCIATES, APC

16  By: /s/ Molly A. Desario
17      Matthew R. Bainer
    Molly a. DeSario

18  Attorneys for Plaintiffs
19  MARY GARRISON and GRACE
GARRISON, individually and on behalf of all
20  other similarly situated

## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. The deadline to complete the current phase of initial fact discovery shall be continued to January 30, 2015 for the limited purposes of allowing the parties to: (a) resolve their dispute as to Plaintiffs' responses to Defendant's written discovery, including but not limited to Plaintiffs' document production; and (2) complete the depositions of Plaintiffs.

2. To the extent the Parties do not move to compel with respect to any written discovery prior to the mediation, the Parties shall be permitted to move to compel with respect to any written discovery up to and including 7 days after the close of all fact discovery in the action pursuant to Local Rule 37-3, or as otherwise ordered by the Court. It shall be sufficient to satisfy this deadline to move to compel that the Parties submit the joint letter brief required in paragraph 9 of this Court's civil standing order by the motion to compel deadline.

DATED: January 27, 2015

HON. VINCE CHHABRIA
United States District Court Judge

18844402v.1