1  SEYFARTH SHAW LLP
   Jay W. Connolly (SBN 114725)
2  jconnolly@seyfarth.com
   Giovanna A. Ferrari (SBN 229871)
3  gferrari@seyfarth.com
   Joseph J. Orzano (SBN 262040)
4  jorzano@seyfarth.com
   560 Mission Street, 31st Floor
5  San Francisco, California 94105
   Telephone:    (415) 397-2823
6  Facsimile:    (415) 397-8549

7  Attorneys for Defendant
   WHOLE FOODS MARKET GROUP, INC.
8

9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12

13  MARY GARRISON and GRACE                    Case No. 3:13-CV-05222-VC
    GARRISON, individually, and on behalf of all
14  others similarly situated,                 **STIPULATION AND [~~PROPOSED~~]**
                                               **ORDER FOR LIMITED**
15              Plaintiffs,                    **MODIFICATION TO SCHEDULING**
                                               **ORDER**
16        v.

17  WHOLE FOODS MARKET GROUP, INC.,

18              Defendant.

19

20        Pursuant to Local Rule 6-1(b), Plaintiffs MARY GARRISON and GRACE GARRISON,

21  individually, and on behalf of all others similarly situated (collectively "Plaintiffs"), on the one

22  hand, and Defendant WHOLE FOODS MARKET GROUP, INC. ("Defendant"), by and through

23  their undersigned counsel, hereby stipulate as follows:

24        WHEREAS, on February 11, 2015, the Court entered a minute entry setting forth several

25  case deadlines consistent with the Parties' most recent Joint Case Management Conference

26  Statement, including the requirement that the Parties submit a stipulated ESI Protocol or letter

27  brief outlining any dispute regarding the ESI Protocol by March 3, 2015.  (Dkt. 58.)

28

1  WHEREAS, Defendant has represented that since Defendant agreed to the proposed schedule, the ESI specialist dedicated to this case became ill and was out of the office and indeed hospitalized and as a result Defendant was delayed in preparing the draft ESI Protocol for Plaintiffs' review and comment.  Defendant has since drafted a proposed ESI Protocol and provided it to Plaintiffs for their review on March 2, 2015.

WHEREAS, Plaintiffs desire additional time to review and comment on Defendant's proposed ESI Protocol and Defendant does not oppose Plaintiffs' request.

WHEREAS, the additional time the Parties seek to attempt to reach agreement on an ESI Protocol without involvement by the Court will not alter any other case deadlines.

IT IS THEREFORE STIPULATED that:

1. The deadline to submit a stipulated ESI Protocol or letter brief outlining any dispute regarding the ESI Protocol is extended from March 3, 2015 to March 17, 2015.

2. All other case deadlines remain unchanged.

IT IS SO STIPULATED.

DATED: March 3, 2015                                SEYFARTH SHAW LLP

By: /s/ Joseph J. Orzano
    Jay W. Connolly
    Giovanna A. Ferrari
    Joseph J. Orzano

Attorneys for Defendant
WHOLE FOODS MARKET GROUP, INC.

DATED: March 3, 2015                                SCOTT COLE & ASSOCIATES, APC

By: /s/ Molly A. Desario
    Matthew R. Bainer
    Molly a. DeSario

Attorneys for Plaintiffs
MARY GARRISON and GRACE GARRISON, individually and on behalf of all other similarly situated

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

    1.    The deadline to submit a stipulated ESI Protocol or letter brief outlining any dispute regarding the ESI Protocol is extended from March 3, 2015 to March 17, 2015.

    2.    All other case deadlines remain unchanged.

DATED: March 5, 2015

                HON. VINCE CHHABRIA
                United States District Court Judge

19177097v.1