SEYFARTH SHAW LLP
Jay W. Connolly (SBN 114725)
jconnolly@seyfarth.com
Giovanna A. Ferrari (SBN 229871)
gferrari@seyfarth.com
Joseph J. Orzano (SBN 262040)
jorzano@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant
WHOLE FOODS MARKET GROUP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GARRISON and GRACE GARRISON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET GROUP, INC.,<br><br>Defendant. | Case No. 3:13-CV-05222-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR LIMITED MODIFICATION TO SCHEDULING ORDER** |

Pursuant to Local Rule 6-1(b), Plaintiffs MARY GARRISON and GRACE GARRISON, individually, and on behalf of all others similarly situated (collectively "Plaintiffs"), on the one hand, and Defendant WHOLE FOODS MARKET GROUP, INC. ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on February 11, 2015, the Court entered a minute entry setting forth several case deadlines consistent with the Parties' most recent Joint Case Management Conference Statement, including the requirement that the Parties submit a stipulated ESI Protocol or letter brief outlining any dispute regarding the ESI Protocol by March 3, 2015.  (Dkt. 58.)

WHEREAS, on March 5, 2015, at the request of the Parties, the Court extended the

1  March 3, 2015 deadline to March 17, 2015.

2  WHEREAS, the Parties continue to confer on issues pertaining to the draft ESI Protocol
3  and desire additional time to attempt to resolve their dispute without resorting to intervention
4  from the Court.

5  WHEREAS, the additional time the Parties seek to attempt to reach agreement on an ESI
6  Protocol will not alter any other case deadlines.

7  IT IS THEREFORE STIPULATED that:

8  1. Instead of filing a stipulated ESI Protocol or joint letter brief to the Court on or
9  before March 17, 2015, the Parties shall submit a stipulated ESI Protocol on or before March 24,
10  2015 to the extent the Parties resolve their dispute and are able to reach an agreement by that
11  time.

12  2. To the extent the Parties have not reached an agreement as to an ESI Protocol by
13  that time, the Parties shall provide an update on the progress of their efforts to the Court in their
14  updated Joint Case Management Conference Statement due to be filed on March 24, 2015, with a
15  proposed schedule for resolving the dispute.

16  3. All other deadlines remain unchanged.

17  IT IS SO STIPULATED.

18  DATED: March 16, 2015                    SEYFARTH SHAW LLP

19                                          By: /s/ Joseph J. Orzano
                                                Jay W. Connolly
20                                              Giovanna A. Ferrari
                                                Joseph J. Orzano
21
                                            Attorneys for Defendant
22                                          WHOLE FOODS MARKET GROUP, INC.

23  DATED: March 16, 2015                    SCOTT COLE & ASSOCIATES, APC

24                                          By: /s/ Molly A. Desario
                                                Matthew R. Bainer
25                                              Molly a. DeSario

26                                          Attorneys for Plaintiffs
                                            MARY GARRISON and GRACE
27                                          GARRISON, individually and on behalf of all
                                            other similarly situated
28

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. Instead of filing a stipulated ESI Protocol or joint letter brief to the Court on or before March 17, 2015, the Parties shall submit a stipulated ESI Protocol on or before March 24, 2015 to the extent the Parties resolve their dispute and are able to reach an agreement by that time.

2. To the extent the Parties have not reached an agreement as to an ESI Protocol by that time, the Parties shall provide an update to the Court in their updated Joint Case Management Conference Statement due to be filed on March 24, 2015, with a proposed schedule for resolving the dispute.

3. All other deadlines remain unchanged.

DATED: March 18, 2015

HON. VINCE CHHABRIA
United States District Court Judge

19276391v.1