1
SEYFARTH SHAW LLP
Jay W. Connolly (SBN 114725)
2
jconnolly@seyfarth.com
Giovanna A. Ferrari (SBN 229871)
3
gferrari@seyfarth.com
Joseph J. Orzano (SBN 262040)
4
jorzano@seyfarth.com
560 Mission Street, 31st Floor
5
San Francisco, California 94105
Telephone:    (415) 397-2823
6
Facsimile:    (415) 397-8549

7
Attorneys for Defendant
WHOLE FOODS MARKET GROUP, INC.
8

9

10
UNITED STATES DISTRICT COURT

11
NORTHERN DISTRICT OF CALIFORNIA

12

13
MARY GARRISON and GRACE
GARRISON, individually, and on behalf of all
14
others similarly situated,

15
                    Plaintiffs,

16
        v.

17
WHOLE FOODS MARKET GROUP, INC.,

18
                    Defendant.

19

Case No. 3:13-CV-05222-VC

**STIPULATION AND [PROPOSED]
ORDER FOR LIMITED
MODIFICATION TO SCHEDULING
ORDER**

20
        Pursuant to Local Rule 6-1(b), Plaintiffs MARY GARRISON and GRACE GARRISON,

21
individually, and on behalf of all others similarly situated (collectively "Plaintiffs"), on the one

22
hand, and Defendant WHOLE FOODS MARKET GROUP, INC. ("Defendant"), by and through

23
their undersigned counsel, hereby stipulate as follows:

24
        WHEREAS, on March 18, 2015, the Court ordered that the Parties submit a stipulated

25
ESI Protocol on or before March 24, 2015 to the extent the Parties were able to reach an

26
agreement by that time.  To the extent the Parties did not reach an agreement by that time, the

27
Court ordered the Parties to provide an update to the Court in their Updated Joint Case

28
Management Conference Statement.

1   WHEREAS, in the Parties Joint Updated Case Management Conference Statement, the

2   Parties indicated that they would be prepared to file a joint letter brief as to their dispute

3   regarding the development of a stipulated ESI Protocol on or before April 3, 2015.

4   WHEREAS, at the March 31, 2015 case management conference, the Parties discussed

5   with the Court their subsequent efforts to confer and agreed to file an ESI Protocol or joint letter

6   brief regarding any outstanding dispute as to the development of an ESI Protocol on or before

7   April 10, 2014.

8   WHEREAS, the Court requested the Parties submit a stipulation documenting the agreed

9   proposal.

10   IT IS THEREFORE STIPULATED that:

11   1.   Instead of filing a joint letter brief to the Court on or before April 3, 2015, the

12   Parties shall submit a stipulated ESI Protocol or joint letter brief as to any issues in dispute

13   regarding the development of an ESI Protocol on or before April 10, 2015.

14   2.   All other deadlines remain unchanged.

15   IT IS SO STIPULATED.

16   DATED: April 2, 2015                          SEYFARTH SHAW LLP

17                                                 By:  /s/ Joseph J. Orzano
                                                        Jay W. Connolly
18                                                      Giovanna A. Ferrari
                                                        Joseph J. Orzano
19
                                                  Attorneys for Defendant
20                                                WHOLE FOODS MARKET GROUP, INC.

21   DATED: April 2, 2015                          SCOTT COLE & ASSOCIATES, APC

22                                                 By:  /s/ Molly A. Desario
                                                        Matthew R. Bainer
23                                                      Molly a. DeSario

24                                                Attorneys for Plaintiffs
                                                  MARY GARRISON and GRACE
25                                                GARRISON, individually and on behalf of all
                                                  other similarly situated
26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

      1.    Instead of filing a joint letter brief to the Court on or before April 3, 2015, the Parties shall submit a stipulated ESI Protocol or joint letter brief as to any issues in dispute regarding the development of an ESI Protocol on or before April 10, 2015.

      2.    All other deadlines remain unchanged.

DATED: April 6, 2015

_____
HON. VINCE CHHABRIA
United States District Court Judge

19550952v.1

Stipulation to Modify Scheduling Order and [Proposed] Order / Case No. 3:13-cv-05222-VC