UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GARRISON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET GROUP, INC.,<br><br>    Defendant. | Case No.  13-cv-05222-VC<br><br>**ORDER**<br>Re: Dkt. No. 83, 84 |

    The parties are ordered to appear at an in-person case management conference on Tuesday, March 1, 2016 at 1:30 pm to discuss the stay application.  However, any discovery scheduled to take place this week or next must proceed as scheduled.

    **IT IS SO ORDERED.**

Dated: February 23, 2016

_____
VINCE CHHABRIA
United States District Judge