| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Jay W. Connolly (SBN 114725) |
| 2 | jconnolly@seyfarth.com |
| | Joseph J. Orzano (SBN 262040) |
| 3 | jorzano@seyfarth.com |
| | 560 Mission Street, 31st Floor |
| 4 | San Francisco, California 94105 |
| | Telephone:     (415) 397-2823 |
| 5 | Facsimile:       (415) 397-8549 |
| 6 | Attorneys for Defendants |
| 7 | SCOTT COLE & ASSOCIATES, APC |
| | Matthew R. Bainer (SBN 220972) |
| 8 | 1970 Broadway, Ninth Floor |
| | Oakland, CA 94612 |
| 9 | Telephone:     (510) 891-9800 |
| | Facsimile:       (510) 891-7030 |
| 10 | |
| | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GARRISON and GRACE GARRISON, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WHOLE FOODS MARKET GROUP, INC.,<br><br>    Defendant. | Case No. 13-CV-05222-VC |
| MARY GARRISON and GRACE GARRISON, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., *et al.*<br><br>    Defendants. | Case No. 14-CV-00334-VC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>AND ORDER |

1      Plaintiffs MARY GARRISON and GRACE GARRISON (collectively, "Plaintiffs") and
2  Defendant in Case No. 13-CV-05222 WHOLE FOODS MARKET GROUP, INC. and Defendant
3  in Case No. 14-CV-00334-VC WHOLE FOODS MARKET CALIFORNIA, INC. (collectively
4  "Defendants") (jointly "Parties") submit the following updated Joint Case Management
5  Statement pursuant to Civil Local Rule 16-10(d).

6      The Parties have scheduled a Settlement Conference for June 7, 2016 with Magistrate
7  Judge Laporte.  If the Parties are unable to resolve these actions at the Settlement Conference,
8  the Parties will then proceed to expert discovery and class certification briefing according to the
9  scheduled previously entered by the Court on April 25, 2016, beginning with Plaintiffs filing
10 their Motion for Class Certification in each case on June 14, 2016.

11     Based on the foregoing, the Parties request that the May 31, 2016 Case Management
12 Conference be taken off calendar, to be rescheduled after a ruling on class certification.

14 DATED: May 24, 2016                SEYFARTH SHAW LLP

15                                    By: /s/ Joseph J. Orzano
16                                        Jay W. Connolly
                                          Joseph J. Orzano

17                                    Attorneys for Defendants

19 DATED: May 24, 2016                SCOTT COLE & ASSOCIATES, APC

20                                    By: /s/ Matthew R. Bainer
                                          Matthew R. Bainer

21                                    Attorneys for Plaintiffs

22 The further case management conference scheduled for May 31, 2016 is rescheduled to October 25,
23 2016 at 1:30 p.m. The updated joint case management statement is due no later than October 18, 2016.

26 Date: May 25, 2016

IT IS SO ORDERED
Judge Vince Chhabria

27083745v.1

2
JOINT CASE MANAGEMENT STATEMENT
Case No. 13-cv-05222-VC; Case No. 14-cv-00334